# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



Powered by Clickability

**The TSA's mini 'Watch List'**
Posted by **Sherman Frederick**
Tuesday, May. 25, 2010 at 01:10 PM

Some people say the first mistake was to create the Transportation Security Administration -- it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

Screeners threatening other screeners? If you think I'm making this up, then click here for the rest of this sad story.

I'd like to think that someone in government would have enough sense to put an end to this kind of crazy. But it won't happen on this administration's watch. This is a gang that can't even call the current threat for what it is -- radical Islamic terrorism. I doubt they'd have the backbone to put a stop to a TSA shop steward collecting names of irritated travelers.

**Find this article at:**
http://www.lvrj.com/blogs/sherm/The_TSAs_mini_Watch_List_.html?ref=499

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

# Serkadis

Breaking Stories in New Age Technology

## TSA Keeps Watchlist of Peeved Travelers

Serkadis | 26 May 2010, 7:03 am

Via Prison Planet.com » Prison Planet

Sherman Frederick

Las Vegas Review Journal
Wednesday, May 26th, 2010

Some people say the first mistake was to create the Transportation Security Administration — it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

**Full article here**



**Related Posts:**

- 20 Signs That The United States Is Rapidly Becoming A Totalitarian Big Brother Police State
- Controversy after CIA authorized to kill U.S. citizen
- Watching TV 'makes toddlers less intelligent'
- Obama administration says Emirates Airlines Dropped the Ball; 9/11 Commission Vice-Chair Says U.S. Govt Is Dropping the Ball
- Rigi: US, Israel paid for assassination



| Permalink

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:       Text

Registration Number / Date:
                    TX0007173597 / 2010-07-14

Application Title: The TSA's mini 'Watch List'.

Title:              The TSA's mini 'Watch List'.

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-05-25

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Names:              Stephens Media LLC
                    Righthaven LLC

================================================================================
```